No. 2,401.—HUGH WRIGHT, RESPONDENT, *v.* A. J. POSER, ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County.*

Decided February 13, 1907.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is hereby sustained and the appeal dismissed.

*Mr. John A. Shelton,* for Appellants.

*Mr. Lewis A. Smith,* for Respondent.